IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALICE KIPP,<br><br>      *Plaintiff,*<br><br>vs.<br><br>MARATHON CHEESE CORPORATION, *a Wisconsin corporation* and JOHN AND JANE DOES I-X, whose true identities are unknown.<br>      *Defendants.* | CASE NO. 1:18-CV-00245-BLW<br><br>JUDGMENT |

Finding good cause therefore

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Stipulation (docket no. 35) is APPROVED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the above-entitled action is hereby dismissed with prejudice. No costs or attorney's fees are awarded to any party. The Clerk is directed to close this case.

DATED: April 29, 2019

_____
B. Lynn Winmill
United States District Judge

**JUDGMENT**
-1-